IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

REV. J.C. DUCKWORTH                                            PLAINTIFF

V.                                                    CIVIL ACTION NO. 2:09CV214-P-A

GMAC INSURANCE                                                 DEFENDANT

FINAL JUDGMENT

In accordance with the memorandum opinion issued this day,

(1) the defendant's motion to dismiss (docket entry 8) is GRANTED;

(2) the complaint is DISMISSED;

(3) the plaintiff's motion to continue (docket entry 10) is DENIED; and

(4) this case is CLOSED.

IT IS SO ORDERED.

THIS the 14th day of April, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE